IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **REGINA CAROL MORRIS** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. **PJM 13-3621** |
| | * | |
| **MARYLAND STATE POLICE,** *et. al.* | * | |
| | * | |
| | * | |
| Defendants | * | |

## FINAL ORDER OF JUDGMENT

Upon consideration of Defendants Maryland State Police and Lieutenant Roland Butler's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [Paper No. 31], and the Opposition filed hereto, oral argument having been held thereon, it is, for the reasons stated on the record, this 6th day of October, 2014

**ORDERED**

1. Defendants' Motion for Summary Judgment [Paper No. 31] is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all counts; and

3. The Clerk is directed to **CLOSE** this case.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**